# THE PARKER LAW GROUP P.C.

28 VALLEY ROAD
MONTCLAIR, NEW JERSEY 07042
PHONE: 347-292-9042
ghp@parkerlawusa.com

December 17, 2024

<u>Via ECF</u>
The Honorable Taryn A. Merkl
United States Magistrate Judge
United States District Court

      **Re:**   *Alfatina Johnson-Creekmore v. 631 Fifth Avenue LLC and El Nopal Restaurant & Juice Bar Corp.*

**Docket No. 1:24-cv-01478 (PKC)(TAM)**

Dear Judge Merkl:

    We represent the plaintiff in the above-entitled action. On behalf of all the parties we are pleased to inform the Court that the parties have reached a settlement in principle. Accordingly, we respectfully ask the Court to cancel the December 18, 2024 conference and to provide until February 7, 2025 for the filing of the stipulation of dismissal so that the parties can memorialize and execute the settlement agreement. Thank you for your time and attention to this matter. With kindest regards, I am

                  very truly yours,

                  Glen H. Parker, Esq.